UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOBBY WHEELER,<br><br>　　　　　Defendant. | NO. CR18-170 RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Government's Motion to Dismiss the Indictment, without prejudice, as to Defendant BOBBY WHEELER pursuant to Rule of Criminal Procedure 48(a).

The Court hereby GRANTS the motion (Dkt. #19), and ORDERS that the Indictment in *United States of America v. Bobby Wheeler*, CR18-170 RAJ, be DISMISED WITHOUT PREJUDICE as to Defendant BOBBY WHEELER.

DATED this 13th day of September, 2018.

*Richard A. Jones*
─────────────────────────
The Honorable Richard A. Jones
United States District Judge